## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

### AT BECKLEY

ROLAND MATHIS,

    Plaintiff,

v.                                      CIVIL ACTION NO. 5:18-cv-01111

WARDEN JOEL ZIEGLER and
WARDEN COAKLEY and WARDEN D.L. YOUNG and
DHO MS. LESLIE and UNIT MANAGER MS. E. STENNETT and
UNIT MANAGER MR. SNOW and COUNSELOR R. HAWKINS and
COUNSELOR MR. GRIMES and CASE MANAGER M. FOWLER and
CASE MANAGER MS. E. STOCK and
OFFICER WILLIAMS and OFFICER JAMES and
OFFICER E. HARVEY and LIEUTENANT FELTS and
SECRETARY MS. HUNTER and RN MR. ROSE and
OFFICER PETRY and OFFICER BRAGG and
OFFICER ZIMMERMAN and OFFICER ERSKINE and
P.A. ELLIS and DR. EDWARDS and DR. ZAHIR and
RDAP MR. CARNELL and EDUCATION MR. STEVENS and
DR. HALL and OFFICER W. COOLEY and MAIL ROOM STAFF,

    Defendants.

### JUDGMENT ORDER

In accordance with the August 28, 2020, Memorandum Opinion and Order filed granting summary judgment, dismissing the Plaintiff's *Bivens* claim, and dismissing the remaining defendants for lack of service, the Court **ORDERS** that this case be **DISMISSED** and **STRICKEN** from the docket of this Court.

The Court directs the Clerk to send a copy of this Order to counsel of record and any unrepresented party herein.

                ENTERED:    August 28, 2020



Frank W. Volk
United States District Judge