FILED: December 3, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-7478
(5:18-cv-01111)

_____

ROLAND MATHIS

       Plaintiff - Appellant

v.

WARDEN JOEL ZIEGLER; WARDEN COAKLEY; WARDEN D. L. YOUNG; DHO MS. LESLIE; UNIT MANAGER MS. E. STENNETT; UNIT MANAGER MR. SNOW; COUNSELOR R. HAWKINS; COUNSEL MR. GRIMES; CASE MANAGER M. FOWLER; CASE MANAGER MS. E. STOCK; OFFICER E. HARVEY; LIEUTENANT FELTS; SECRETARY MS. HUNTER; RN MR. ROSE; OFFICER PETRY; OFFICER BRAGG; OFFICER ZIMMERMAN; OFFICER ERSKINE; P. A. ELLIS; DR. EDWARDS; DR. ZAHIR; RDAP MR. CARNELL; EDUCATION MR. STEVENS; DR. HALL; OFFICER W. COOLEY; MAIL ROOM STAFF

       Defendants - Appellees

 and

P. A. HUTCHISON; OFFICER WILLIAMS; OFFICER JAMES

       Defendants

_____

O R D E R
_____

The court grants leave to proceed in forma pauperis.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk